Syllabus.

## R. WILLIAMS *v*. THE STATE.

BANKS FOR GAMING — PENALTY. — A fine of $40 and ten days' confinement in the county jail cannot be impugned as "unusual and oppressively severe," inasmuch as the punishment prescribed by law is a fine of not less than $25 nor more than $100, and confinement in jail for not more than thirty days.

APPEAL from the County Court of Grayson. Tried below before the Hon. A. E. WILKINSON, County Judge.

No brief for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

WHITE, J. In this case the indictment charges that defendant "did keep, deal, and exhibit a bank for the purpose of gaming," etc.

On the trial, a jury was waived and the cause submitted to the court; and defendant was found guilty, and his punishment fixed by the judgment rendered at a fine of $40 and ten days' imprisonment in the county jail. Defendant mainly complains that "the judgment was unusual and oppressively severe." The law prescribes the punishment for such offences, and under the law he could have been fined as high as $100, and also confined in the county jail thirty days. See Acts 13th Leg. (1873) p. 36; *Campbell* v. *The State*, 2 Texas Ct. App. 187.

The judgment is in all things affirmed.

*Affirmed.*